# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156583(40)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 156583
                                    COA: 338845
KEVIN DESHAWN SYKES,                Wayne CC: 02-003223-FC
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's February 4, 2019 order is considered. To clarify the Court's prior order, the February 4, 2019 order granted the defendant's request, in his second motion for miscellaneous relief, to add an issue to his application for leave to appeal. The order denied all other relief requested in the two motions filed by the defendant and denied the application for leave to appeal. The motion for reconsideration is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019
_____



d0624
                                                Clerk